|  | UNITED STATES DISTRICT COURT |
|---|---|
|  | DISTRICT OF PUERTO RICO |

| | |
|---|---|
| CARLOS M. COLON-ORTIZ,<br><br>    Plaintiff,<br><br>    v.<br><br>ADMINISTRACION DE CORRECCION,<br>et al.,<br><br>    Defendants. | Civil No. 07-1450 (JAF) |

**ORDER FOR COLLECTION OF INMATE FILING FEE**

**TO:  CORRECTIONS ADMINISTRATION,**
    **COMMONWEALTH OF PUERTO RICO**
    **c/o WARDEN/ADMINISTRATOR OF**
    **CAMPAMENTO ZARZAL, RIO GRANDE,**
    **or his/her designee.**

You are hereby given notice that the plaintiff, CARLOS M. COLON ORTIZ, a prisoner at your facility, has filed the instant civil lawsuit in this court.

The prisoner was granted *in forma pauperis* status pursuant to 28 U.S.C. § 1915(b), which requires partial payment of the initial filing fee. Based on prisoner account information, the court has assessed an initial partial filing fee of Fifty Dollars ($50.00), which the inmate must pay now to the Clerk of Court.

Upon payment of that initial filing fee, plaintiff will make monthly payments in the amount of 20% of the preceding month's income credited to plaintiff's trust account.

Civil No. 07-1450 (JAF)                                                    -2-

Campamento Zarzal, which has custody of the prisoner, is required to send the Clerk of Court the initial filing fee and, thereafter, to post payments from plaintiff's prison trust account each time the amount in the account exceeds $10.00 until the statutory fee of $350.00 is paid in full.  28 U.S.C. § 1915(b)(2). **Payments shall be clearly identified by the name and number assigned to this action.**

If the prisoner currently does not have sufficient funds to pay the initial filing fee, you must monitor the account and send payments to the Clerk of Court according to the system provided in section 1915(b)(2), i.e., each time the amount in the account exceeds $10.00, until the fees are paid.

The Clerk of Court is directed to serve a copy of this Order on the Warden/Administrator at Campamento Zarzal, Río Grande, Puerto Rico.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 13th day of August, 2007.

                                        S/José Antonio Fusté
                                        JOSE ANTONIO FUSTE
                                        Chief U. S. District Judge